IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ARCHITECTURAL BUILDERS HARDWARE MFG., INC., <br><br> Plaintiff, <br><br> v. <br><br> G. MARKS HARDWARE, INC. d/b/a MARKS HARDWARE, INC. d/b/a MARKS USA, <br><br> Defendants. | Civil Action No. _____ <br><br> **JURY TRIAL DEMANDED** |

**FILED**
**JANUARY 24, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

PH    **08 C 528**

**JUDGE SHADUR**
**MAGISTRATE JUDGE MASON**

## NOTICE OF PATENT IN SUIT

Please take notice, pursuant to 35 U.S.C. §290, that on January 24, 2008, the above-referenced action was filed in the United States District Court for the Northern District of Illinois, Eastern Division, alleging infringement of U.S. Patent No. 5,730,478 and United States Patent No. 6,196,599.

The names and addresses of the parties are as follows:

1.   Plaintiff Architectural Builders Hardware Mfg., Inc., ("ABH") is an Illinois corporation with its principal place of business at 1222 Ardmore Ave., Ithasca, Illinois 60143.

2.   On information and belief, Defendant G. Marks Hardware, Inc. ("Marks"), doing business as Marks Hardware, Inc., and Marks USA, is a New York corporation with its principal place of business at 5300 New Horizon Blvd. Amityville, New York 11701.

The name of the inventor of the '478 and the '599 patent is Richard E. D'Hooge.

Respectfully Submitted,

Dated:  January 24, 2008

By: <u>s/ Laura R. Wanek</u>
Lawrence J. Crain (ARDC No. 6185248, lcrain@gbclaw.net)
Laura R. Wanek (ARDC No. 6278661, lwanek@gbclaw.net)
GREER, BURNS & CRAIN, LTD.
300 South Wacker Drive
Suite 2500
Chicago, Illinois  60606
Telephone:  (312) 360-0080

**ATTORNEYS FOR PLAINTIFF ARCHITECTURAL BUILDERS HARDWARE MFG., INC.**