IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ARCHITECTURAL BUILDERS HARDWARE MFG., INC., <br><br> Plaintiff, <br><br> v. <br><br> G. MARKS HARDWARE, INC. d/b/a MARKS HARDWARE, INC. d/b/a MARKS USA, <br><br> Defendants. | Civil Action No. _____ <br><br> **PH    08 C 528** <br><br> **JURY TRIAL DEMANDED** |

**FILED**
**JANUARY 24, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**JUDGE SHADUR**
**MAGISTRATE JUDGE MASON**

## NOTIFICATION OF AFFILIATES FOR PLAINTIFF ARCHITECTURAL BUILDERS HARDWARE MFG., INC. PURSUANT TO LOCAL RULE 3.2

Plaintiff Architectural Builders Hardware MFG., Inc. hereby respectfully submits this Notification of Affiliates in accordance with Local Rule 3.2.

Architectural Builders Hardware MFG., Inc. has no affiliates. Architectural Builders Hardware MFG., Inc. does not have a parent company.

Respectfully Submitted,

Dated: January 24, 2008

By: s/ Laura R. Wanek
Lawrence J. Crain (ARDC No. 6185248, lcrain@gbclaw.net)
Laura R. Wanek (ARDC No. 6278661, lwanek@gbclaw.net)
GREER, BURNS & CRAIN, LTD.
300 South Wacker Drive
Suite 2500
Chicago, Illinois 60606
Telephone: (312) 360-0080

**ATTORNEYS FOR PLAINTIFF ARCHITECTURAL BUILDERS HARDWARE MFG., INC.**