**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ARCHITECTURAL BUILDERS HARDWARE MFG., INC., <br><br> Plaintiff, <br><br> v. <br><br> G. MARKS HARDWARE, INC. d/b/a MARKS HARDWARE, INC. d/b/a MARKS USA, <br><br> Defendants. | ) ) ) ) Civil Action No. 08-C-528 ) ) ) ) ) **The Honorable Judge Shadur** ) **United States District Court Judge** ) ) **Magistrate Judge Mason** ) |

**AGREED MOTION FOR AN EXTENSION OF TIME FOR
DEFENDANTS TO ANSWER OR OTHERWISE PLEAD**

Plaintiff, Architectural Builders Hardware MFG., Inc. ("ABH") and Defendant, G. Marks Hardware, Inc. ("Marks"), move that the time to answer or otherwise plead be extended to and including May 15, 2008, pursuant to Federal Rule of Civil Procedure 6(b)(1) and in support hereof states as follows:

1. This action was filed on January 24, 2008, and Marks was served on April 9, 2008 with a complaint alleging two counts of patent infringement.
2. Twenty days from service is April 29, 2008.
3. The parties have settled and are currently executing the Settlement Agreement.
4. Defendant's counsel sought Plaintiff's agreement to the extension to file the Answer, and Plaintiff agreed to the extension.
5. Plaintiff's counsel and Defendant's counsel have agreed to extend the date to answer or otherwise plead to and including May 15, 2008.

WHEREFORE Plaintiff and Defendant pray that the time to answer or otherwise plead be extended to and including May 15, 2008, pursuant to Federal Rule of Civil Procedure 6(b)(1).

Dated: April 28, 2008       ARCHITECTURAL BUILDERS HARDWARE MFG., INC.

By its attorneys,

s/ Laura R. Wanek
Laura R. Wanek (IL Bar No. 6278661, lwanek@gbclaw.net)
Lawrence J. Crain (IL Bar No. 6185248, lcrain@gbclaw.net)
GREER, BURNS & CRAIN, LTD.
300 S. Wacker Drive, Suite 2500
Chicago, Illinois 60606
Telephone: (312) 360-0080
Facsimile: (312) 360-9315

## **CERTIFICATE OF SERVICE**

The undersigned certifies that a true and correct copy of the foregoing Motion for Extension of Time to Answer or Otherwise Plead was filed via the Case Management/Electronic Case Filing (CM/ECF) System of the U.S. District Court for the Northern District of Illinois pursuant to L.R. 5.9 on the 28th day of April 2008.

                s/ Laura R. Wanek
                Laura R. Wanek (IL Bar No. 6278661, lwanek@gbclaw.net)
                Lawrence J. Crain (IL Bar No. 6185248, lcrain@gbclaw.net)
                GREER, BURNS & CRAIN, LTD.
                300 S. Wacker Drive, Suite 2500
                Chicago, Illinois 60606
                Telephone: (312) 360-0080
                Facsimile: (312) 360-9315