IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ARCHITECTURAL BUILDERS HARDWARE MFG., INC., <br><br>       Plaintiff, <br><br>   v. <br><br> G. MARKS HARDWARE, INC. d/b/a MARKS HARDWARE, INC. d/b/a MARKS USA, <br><br>       Defendants. | Civil Action No. 08-C-528 <br><br><br><br><br> **The Honorable Judge Shadur** <br> **United States District Court Judge** <br><br> **Magistrate Judge Mason** |

## NOTICE OF MOTION

Please take notice that on May 8, 2008 we shall appear before the Honorable Judge Milton I. Shadur at 9:00 a.m. in Courtroom 2303 of the Dirksen Federal Building, 219 S. Dearborn St., Chicago, IL 60604 and then and there present the Agreed Motion for Extension of Time to Answer or Otherwise Plead.  A status conference is already scheduled for that time period.

Dated: April 28, 2008          ARCHITECTURAL BUILDERS HARDWARE MFG., INC.

                               By its attorneys,


                               s/ Laura R. Wanek
                               Laura R. Wanek (IL Bar No. 6278661, lwanek@gbclaw.net)
                               Lawrence J. Crain (IL Bar No. 6185248, lcrain@gbclaw.net)
                               GREER, BURNS & CRAIN, LTD.
                               300 S. Wacker Drive, Suite 2500
                               Chicago, Illinois 60606
                               Telephone:  (312) 360-0080
                               Facsimile: (312) 360-9315