# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Architectural Builders Hardware Mfg., Inc.

                                    Plaintiff,

v.                                                    Case No.: 1:08−cv−00528
                                                      Honorable Milton I. Shadur

G. Marks Hardware, Inc.

                                    Defendant.

_____

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 29, 2008:

        MINUTE entry before Judge Honorable Milton I. Shadur:Motion for extension of time to answer to and including May 15, 2008 [13] is granted. Status hearing reset for 5/15/2008 at 09:00 AMMailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.