IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ARCHITECTURAL BUILDERS HARDWARE MFG., INC., <br><br> Plaintiff, <br><br> v. <br><br> G. MARKS HARDWARE, INC. d/b/a MARKS HARDWARE, INC. d/b/a MARKS USA, <br><br> Defendants. | Civil Action No. 08-C-528 <br><br> **The Honorable Judge Shadur** <br> **United States District Court Judge** <br><br> **Magistrate Judge Mason** |

## STIPULATED ORDER OF DISMISSAL

This action has come before the Court, upon the pleadings and proceedings of record, and it has been represented to the Court that Plaintiff, Architectural Builders Hardware MFG., Inc., ("ABH") and G. Marks Hardware, Inc. d/b/a Marks Hardware, Inc d/b/a Marks USA, ("Marks") have entered into a Settlement Agreement ("Agreement") and have agreed to a compromise and settlement of this Civil Action.

WHEREFORE, with the consent of ABH and Marks, through their undersigned attorneys, it is hereby ORDERED, ADJUDGED and DECREED that:

1. This Action is dismissed with prejudice.
2. Each party shall bear its own costs and attorneys' fees.

3.      This court retains jurisdiction over the parties for the purpose of enforcing the Agreement between them relating to this Civil Action.

| | |
|---|---|
| ARCHITECTURAL BUILDERS HARDWARE MFG., INC. | G. MARKS HARDWARE, INC. d/b/a MARKS HARDWARE, INC. d/b/a MARKS USA |
| s/ Laura R. Wanek | *Alan X. Levine* |
| Laura R. Wanek (IL Bar No. 6278661) | Alan Levine, Esq. |
| Lawrence J. Crain (IL Bar No. 6185248) | LEVINE & MANDELBAUM |
| GREER, BURNS & CRAIN, LTD. | 444 Madison Avenue |
| 300 S. Wacker Drive, Suite 2500 | 35th Floor |
| Chicago, Illinois 60606 | New York, NY 10022 |
| Telephone: (312) 360-0080 | Telephone: (212) 588-9800 |
| Facsimile: (312) 360-9315 | Facsimile: (212) 588-0780 |

ENTERED: _____        _____
                                        United States District Judge

2