# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

|  |  |
|---|---|
| ARCHITECTURAL BUILDERS HARDWARE MFG., INC., <br><br>    Plaintiff, <br><br>  v. <br><br> G. MARKS HARDWARE, INC. d/b/a MARKS HARDWARE, INC. d/b/a MARKS USA, <br><br>    Defendants. | )<br>)<br>)<br>) Civil Action No. 08-C-528<br>)<br>)<br>)<br>)<br>) **The Honorable Judge Shadur**<br>) **United States District Court Judge**<br>)<br>) **Magistrate Judge Mason**<br>)  |

## NOTICE OF UNOPPOSED MOTION

Please take notice that on May 15, 2008, the undersigned will appear before the Honorable Judge Milton I. Shadur at 9:15 a.m. in Courtroom 2303 of the Dirksen Federal Building, 219 S. Dearborn St., Chicago, IL 60604. A scheduling conference is currently set for 9:00 to 10:00am on May 15, 2008. The undersigned will then and there present Plaintiff's Unopposed Motion to Enter Stipulated Order Dismissing Architectural Builders Hardware Mfg., Inc.'s Complaint Against G. Marks Hardware, Inc., a copy of which is hereby served upon you.

Dated: May 14, 2008    ARCHITECTURAL BUILDERS HARDWARE MFG., INC.

By its attorneys,

s/ Laura R. Wanek
Laura R. Wanek (IL Bar No. 6278661, lwanek@gbclaw.net)
Lawrence J. Crain (IL Bar No. 6185248, lcrain@gbclaw.net)
GREER, BURNS & CRAIN, LTD.
300 S. Wacker Drive, Suite 2500
Chicago, Illinois 60606
Telephone: (312) 360-0080
Facsimile: (312) 360-9315

## **CERTIFICATE OF SERVICE**

The undersigned certifies that a true and correct copy of the foregoing NOTICE OF UNOPPOSED MOTION was filed via the Case Management/Electronic Case Filing (CM/ECF) System of the U.S. District Court for the Northern District of Illinois pursuant to L.R. 5.9 and via facsimile and first class mail to the below-listed counsel of record on the 14th day of May 2008.

Alan Levine, Esq.
LEVINE & MANDELBAUM
444 Madison Avenue
35th Floor
New York, NY 10022
Telephone: (212) 588-9800
Facsimile: (212) 588-0780

Attorneys for Plaintiff
ARCHITECTURAL BUILDERS HARDWARE MFG., INC.

s/ Laura R. Wanek
Laura R. Wanek (IL Bar No. 6278661, lwanek@gbclaw.net)
Lawrence J. Crain (IL Bar No. 6185248, lcrain@gbclaw.net)
GREER, BURNS & CRAIN, LTD.
300 S. Wacker Drive, Suite 2500
Chicago, Illinois 60606
Telephone: (312) 360-0080
Facsimile: (312) 360-9315