IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |  |
|---|---|---|
| ARCHITECTURAL BUILDERS HARDWARE MFG., INC., | ) ) ) | |
|  | ) | Civil Action No. 08-C-528 |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| G. MARKS HARDWARE, INC. d/b/a MARKS HARDWARE, INC. d/b/a MARKS USA, | ) ) ) ) | **The Honorable Judge Shadur** **United States District Court Judge** **Magistrate Judge Mason** |
| Defendants. | ) | |

**UNOPPOSED MOTION TO ENTER STIPULATED ORDER
DISMISSING PLAINTIFF'S COMPLAINT AGAINST DEFENDANT**

Plaintiff, Architectural Builders Hardware Mfg., Inc., and Defendant, G. Marks Hardware, Inc., are pleased to report that a settlement of this case has been achieved. On the basis of the settlement reached, Plaintiff respectfully requests that the attached Stipulated Order of Dismissal be entered by the Court.

Respectfully submitted,

ARCHITECTURAL BUILDERS HARDWARE MFG., INC.

s/ Laura R. Wanek
Laura R. Wanek (IL Bar No. 6278661, lwanek@gbclaw.net)
Lawrence J. Crain (IL Bar No. 6185248, lcrain@gbclaw.net)
GREER, BURNS & CRAIN, LTD.
300 S. Wacker Drive, Suite 2500
Chicago, Illinois 60606
Telephone: (312) 360-0080
Facsimile: (312) 360-9315

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing UNOPPOSED MOTION TO ENTER STIPULATED ORDER DISMISSING PLAINTIFF'S COMPLAINT AGAINST DEFENDANT was filed via the Case Management/Electronic Case Filing (CM/ECF) System of the U.S. District Court for the Northern District of Illinois pursuant to L.R. 5.9 and via facsimile and first class mail to the below-listed counsel of record on the 27th day of May 2008.

        Alan Levine, Esq.
        LEVINE & MANDELBAUM
        444 Madison Avenue
        35th Floor
        New York, NY 10022
        Telephone: (212) 588-9800
        Facsimile: (212) 588-0780


        Attorneys for Plaintiff
        ARCHITECTURAL BUILDERS HARDWARE MFG., INC.


        s/ Laura R. Wanek
        Laura R. Wanek (IL Bar No. 6278661, lwanek@gbclaw.net)
        Lawrence J. Crain (IL Bar No. 6185248, lcrain@gbclaw.net)
        GREER, BURNS & CRAIN, LTD.
        300 S. Wacker Drive, Suite 2500
        Chicago, Illinois 60606
        Telephone: (312) 360-0080
        Facsimile: (312) 360-9315