IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ARCHITECTURAL BUILDERS HARDWARE MFG., INC., <br><br> Plaintiff, <br><br> v. <br><br> G. MARKS HARDWARE, INC. d/b/a MARKS HARDWARE, INC. d/b/a MARKS USA, <br><br> Defendants. | ) <br> ) <br> ) <br> ) Civil Action No. 08-C-528 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) The Honorable Judge Shadur <br> ) United States District Court Judge <br> ) <br> ) Magistrate Judge Mason <br> ) |

## STIPULATED ORDER OF DISMISSAL

This action has come before the Court, upon the pleadings and proceedings of record, and it has been represented to the Court that Plaintiff, Architectural Builders Hardware MFG., Inc., ("ABH") and G. Marks Hardware, Inc. d/b/a Marks Hardware, Inc d/b/a Marks USA, ("Marks") have entered into a Settlement Agreement ("Agreement") and have agreed to a compromise and settlement of this Civil Action.

WHEREFORE, with the consent of ABH and Marks, through their undersigned attorneys, it is hereby ORDERED, ADJUDGED and DECREED that:

1. This Action is dismissed with prejudice.

2. Each party shall bear its own costs and attorneys' fees.

ARCHITECTURAL BUILDERS
HARDWARE MFG., INC.

s/ Laura R. Wanek
Laura R. Wanek (IL Bar No. 6278661)
Lawrence J. Crain (IL Bar No. 6185248)
GREER, BURNS & CRAIN, LTD.
300 S. Wacker Drive, Suite 2500
Chicago, Illinois 60606
Telephone: (312) 360-0080
Facsimile: (312) 360-9315

G. MARKS HARDWARE, INC. d/b/a
MARKS　HARDWARE,　INC.　d/b/a
MARKS USA

Alan Levine, Esq.
LEVINE & MANDELBAUM
444 Madison Avenue
35th Floor
New York, NY 10022
Telephone: (212) 588-9800
Facsimile: (212) 588-0780

ENTERED:

_____
United States District Judge

2