Order Form (01/2005)

# United States District Court, Northern District of Illinois

MHN

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 C 528 | DATE | 5/28/2008 |
| CASE TITLE | Architectural Builders vs. G. Marks Hardware, Inc. | | |

**DOCKET ENTRY TEXT**

Unopposed motion to enter stipulated order dismissing plaintiff's complaint against defendant is granted. (17-1) Enter Stipulated Order of Dismissal. This action is hereby dismissed with prejudice with each side to bear its own costs and fees.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | SN |
|---|---|---|